# Exhibit 1

11/10/25, 12:41 PM																Noti.Mx.: La edtech mexicana Blue Ivy adquiere a la canadiense Meliora para exportar más talento latino

Case 1:26-cv-00210-MMG    Document 1-1    Filed 01/09/26    Page 2 of 6

More ▼                                                                                                             Create Blog   Sign In



martes, 27 de septiembre de 2022

# La edtech mexicana Blue Ivy adquiere a la canadiense Meliora para exportar más talento latino

La startup mexicana **Blue Ivy Coaching (BIC)** anunció la compra de la edtech canadiense **Meliora** con el objetivo de posicionarse como la empresa líder del coaching académico a nivel internacional. La adquisición le permitirá hacer sinergia con una marca que cuenta con gran penetración en el mercado norteamericano.

Ambas startups se especializan en el coaching de estudiantes latinoamericanos para estudios internacionales en el extranjero. Para Alejandro García co-CEO de Blue Ivy Coaching, la adquisición significa *"una compra estratégica que nos permite ampliar la presencia de BIC a nivel internacional. La ubicación geográfica de Meliora es un factor clave que nos ayudará a extender nuestro alcance e incrementar el tamaño del equipo".*

Meliora tiene en su haber un catálogo de especialistas en coaching educativo de talla internacional con más de 15 años de experiencia. Su presencia más fuerte se situaba en universidades de Canadá, México, Irlanda, España, Países Bajos y Reino Unido, destinos que resultan altamente atractivos para los estudiantes latinoamericanos y en donde ahora Blue Ivy Coaching abrirá más oportunidades de intercambios.

Tan sólo en Canadá, la cantidad de estudiantes internacionales inscritos en colegios y universidades tuvo un aumento del 13.7%, mientras que las inscripciones de estudiantes canadienses disminuyeron un 0.9 %. A la par, más del 65% de los alumnos en Canadá consiguen visa de trabajo, por lo que el expertise de Meliora en este país sumará al crecimiento de Blue Ivy y su comunidad de estudiantes:

*"Meliora opera en México desde hace dos años y esto le permite a BIC capitalizar las relaciones ya establecidas sobre todo en ciudades fuera de la CDMX. Nuestra proyección económica es incrementar 3x las ventas de 2021 en los próximos 24 meses y la adquisición de esta empresa forma parte del plan para cumplir esta proyección"*, añade Alejandro.

Para Blue Ivy Coaching, la búsqueda de alianzas es fundamental para consolidarse como la firma de asesoría de admisiones en el extranjero número uno en América Latina: *"Nos mantenemos en búsqueda de empresas que hagan sinergia con nuestros planes académicos, y así poder ofrecer una mayor y mejor gama de programas a los estudiantes"*, destaca el co-CEO.

**Buscar**

[search box] [Buscar]

**Contacto e informes.**

luismart_ic@yahoo.com.mx
mundo_financiero@hotmail.com
team_infosistemas@yahoo.com.mx

**Manejo e impulso de Marca y Reputación en Internet.**

team_infosistemas@yahoo.com.mx Marca y Reputación

**Infosistemas Network**

http://www.facebook.com/informativ0

**Archivo**

► 2025 (11303)
► 2024 (14153)
► 2023 (16908)
▼ 2022 (15173)
  ► diciembre (1103)
  ► noviembre (1526)
  ► octubre (1311)
  ▼ septiembre (1194)
     Son reales los riesgos de ciberseguridad en México
     INICIA CON GRAN ÉXITO Y AFLUENCIA LA QUINTA FERIA …
     INICIA INVESTIGACIÓN PARA DETERMINAR CAUSAS DE AC…
     La educación financiera, clave para mejorar el cre…
     Por tercera vez consecutiva, Banxico incrementa en…
     EN LA ALCALDÍA IZTAPALAPA, POLICÍAS DE LA SSC DETU…
     INTERPRETA OSEM PROGRAMA DE MÚSICA MEXICANA
     EXHIBEN "ARTE JOVEN EDOMÉX 2022" EN MUSEO GALERÍA …
     FOMENTAN EN LA ENTIDAD MEXIQUENSE TURISMO SOSTENIB…
     DESMANTELA FGJEM LABORATORIO CLANDESTINO DE CANNAB…
     MENSAJE DEL LICENCIADO OMAR HAMID GARCÍA HARFUCH, …

Tras años retadores para la educación internacional, Blue Ivy Coaching se mantiene en crecimiento constante, con más de dos mil estudiantes asesorados y un porcentaje de aceptación de más del **96%**, lo que los ubica como una de las instituciones más eficientes en colocación de estudiantes en universidades muy competitivas en el extranjero.

\_

**Acerca de Blue Ivy:**

Blue Ivy Coaching es una edtech mexicana fundada en 2016, enfocada en ayudar a alumnos que deseen estudiar la preparatoria, universidad y postgrado en el extranjero, en instituciones de Estados Unidos, Canadá y Europa, principalmente.

Los coaches de Blue Ivy son profesionales graduados de universidades estadounidenses como Yale, Columbia y Harvard University (Ivy League). Su misión es ayudar a cada uno de sus estudiantes a alcanzar su máximo potencial académico y personal por medio de una metodología innovadora de "coaching," que va más allá de una consultoría o clases particulares.

La edtech ha asesorado a más de 2,500 estudiantes mexicanos y de otros países como Chile, Colombia, El Salvador,  Ecuador, Bolivia, Perú, Nicaragua, Argentina y Panamá.

Publicado por World News en 8:30

## No hay comentarios:

## Publicar un comentario


Escribe tu comentario

| Entrada más reciente | Inicio | Entrada antigua |

Suscribirse a: Enviar comentarios (Atom)

VINCULAN A PROCESO A INDIVIDUO INVESTIGADO POR FEM…

PARTICIPAN MEXIQUENSES EN EL WORLD BOCCIA CHALLENGER

RECIBE PERSONAL DEL CIEPS CAPACITACIÓN EN MATERIA …

INICIA MAESTRÍA EN SEGURIDAD E HIGIENE OCUPACIONAL…

EL SALARIO ROSA ESTÁ EN LAS MEJORES MANOS PORQUE L…

IMPULSA ESTADO DE MÉXICO PROTECCIÓN A PERIODISTAS …

RESULTADO DEL FORTALECIMIENTO DE LAS OPERACIONES D…

ENTREGA GEM DESAZOLVE DEL RÍO PAPALOTE EN AXAPUSCO

APOYA GEM A MIPYMES MEXIQUENSES PARA QUE PARTICIPE…

PERSONAL DE CÓNDORES DE LA SSC TRASLADÓ A UN HOSPI…

DETIENE FGJEM A NUEVE PERSONAS Y ASEGURA PREDIO UT…

DETIENE FGJEM A PERSONA INVESTIGADA POR LA DESAPAR…

CONDENAN A 47 AÑOS DE PRISIÓN A SUJETO POR HOMICID…

EN LA ALCALDÍA COYOACÁN, PERSONAL DE LA SSC DETUVO…

CON EL "PROGRAMA DE CHATARRIZACIÓN" SE HAN RETIRAD…

POLICÍAS DE LA SSC DETUVIERON A UN HOMBRE QUE, AL …

UN HOMBRE QUE POSIBLEMENTE SUSTRAJO MATERIAL DE UN…

POLICÍAS DE LA SSC DETUVIERON A UN HOMBRE POSIBLEM…

OFICIALES DE LA SSC DETUVIERON A TRES HOMBRES QUE …

EN LA ALCALDÍA VENUSTIANO CARRANZA, OFICIALES DE L…

COMPARTE ROGER VON GUNTEN "LOS TIEMPOS DE LUZ" CON…

OFRECE ESCUELA DE LA PLÁSTICA MEXIQUENSE TALLER SO…

CONVERSAN SOBRE LOS USOS DEL PAPEL PICADO EN EL MU…

SE SUMA EDOMÉX AL PROGRAMA TOCHITO NFL-ACTIVACIÓN …

OFICIALES DE LA SSC AUXILIARON A UN HOMBRE A LOCAL…

LA SSC REALIZARÁ UN DISPOSITIVO DE VIALIDAD DURANT…

IMPULSA GEM INCREMENTO DE ESPACIOS PÚBLICOS VERDES…

ELIGEN NUEVOS INTEGRANTES PARA EL ÓRGANO DE GOBIER…

CONDENAN A 50 AÑOS DE CÁRCEL A TRES SECUESTRADORES

VINCULAN A PROCESO A IMPLICADO EN SECUESTRO EXPRÉS…

REALIZA ISSEMYM ALREDEDOR DE 50 TRASPLANTES ANUALM…

OBTIENE FGJEM VINCULACIÓN A PROCESO CONTRA IMPLICA…

DETIENE FGJEM A DOS INDIVIDUOS EN TEPOTZOTLÁN POR …

PRESENTA SECRETARÍA DEL TRABAJO SUS PROGRAMAS Y SE…

EN DIVERSAS ACCIONES, FGJEM LOCALIZÓ A TRES ADOLES…

OFICIALES DE LA SSC DETUVIERON A DOS POSIBLES RESP…

IMPULSA GEM A LAS MUJERES A INVOLUCRARSE EN LA TEC…

INICIA CAMPAÑA DE VACUNACIÓN CONTRA COVID-19 PARA …

UNEN SUS VIDAS LEGALMENTE CON MATRIMONIOS COLECTIV…

POLICÍAS DE LA SSC RESGUARDARON Y AUXILIARON A UN …

Con relación a la información difundida por el fal…

ANUNCIAN EN EDOMÉX APLICACIÓN DE SEGUNDA DOSIS DE …

'Metaversidades': 5 desafíos de estudiar en la uni…

EFECTIVOS DE LA SSC DETUVIERON A UN HOMBRE POSIBLE…

PARA CONCIENTIZAR A LA POBLACIÓN ACERCA DE LA IMPO…

URGE COPARMEX A OPOSICIÓN A PRESENTAR CONTROVERSIA…

EN COLABORACIÓN CON LA EMBAJADA DE ESTADOS UNIDOS …

OBTIENE FGJEM SENTENCIA DE 62 AÑOS DE PRISIÓN PARA…

INVITA CEAPE A VISITAR LIBRERÍAS CASTÁLIDA Y SALA …

INAUGURAN EXPOSICIÓN "NARRACIONES DEL PAISAJE" EN …

DETIENE FGJEM EN EL ESTADO DE COAHUILA A INDIVIDUO…

POR MALTRATO ANIMAL EN TEPOTZOTLÁN, INDIVIDUO FUE …

ALISTA SUBSECRETARÍA DE TURISMO FORO "REPENSANDO E…

DETIENE FGJEM A CUATRO INDIVIDUOS INVESTIGADOS POR…

REALIZAN XIV TORNEO NACIONAL DE JUDO COPA TOLUCA

TRABAJA GEM PARA MEJORAR LA SALUD EMOCIONAL DE ADU…

EGRESAN DE LAS EDAYO MÁS DE 578 MIL MEXIQUENSES EN…

SUPERVISA GEM ACCIONES PARA ATENDER VIOLENCIA DE G…

EN SEGUIMIENTO A DENUNCIAS CIUDADANAS, EFECTIVOS D…

POR POSIBLEMENTE LESIONAR EN EL ROSTRO A UN HOMBRE…

SUSPENDE COPRISEM 937 NEGOCIOS TRAS VIGILANCIA SAN…

CLAUSURA PROCURADURÍA AMBIENTAL MEXIQUENSE CENTRO …

ENTREGA GEM 20 MIL PLANTAS DE MAGUEY PULQUERO A PR…

POLICÍAS DE LA SSC RECUPERARON DINERO EN EFECTIVO …

EFECTIVOS DE LA SSC DETUVIERON A UN HOMBRE POSIBLE…

VISITA EL SPA DE CASA ABEJA REYNA, DISFRUTA DE FAC…

El enfoque STEAM, la apertura a un mundo educativo...

CITIBANAMEX PRESENTA EL LIBRO GRANDES MAESTROS DEL...

Comentario alza de tasa Banxico

Pallete: "No es una era de cambios sino un cambio …

La tecnología biométrica de IDEMIA destaca en la ú...

Perdiendo mi intuición

Invex Decisión de Banxico

Impulsa Agricultura regulación para elaborar alime...

ABM Y EL COLEGIO NACIONAL DEL NOTARIADO MEXICANO I...

Cheetos Cheesy-Verse, la experiencia inmersiva que...

La gestión estratégica de los endpoints es clave p...

Capacita Gobierno de México a productores de mango...

Más de 15 mil familias productoras participan en e...

Anuncia Agricultura levantamiento de veda del cama...

DE ENERO A AGOSTO DE 2022, SE INCREMENTARON LOS RE...

Eco-Disruptive busca soluciones innovadoras para r...

VMware fue nombrado el líder en el Magic Quadrant™...

SITIOS LATINOAMÉRICA "LASITE" DEBUTA EN LA BOLSA M...

VMware se posicionó como uno de los líderes en SD-...

LA RED EMPRESARIAL BMT REALIZÓ SU PRIMERA BMT MEET...

Súbele al volumen con Grupo LEGO

Una estrategia sólida de ventas y finanzas es vita...

OPINIÓN ANÁLISIS Economía 29 de septiembre de 2022...

► agosto (1235)

► julio (1277)

► junio (1553)

► mayo (1512)

► abril (1538)

► marzo (1527)

► febrero (545)

► enero (852)

► 2021 (14576)

► 2020 (15262)

► 2019 (13298)

► 2018 (15502)

► 2017 (8586)

► 2016 (673)

► 2015 (1953)

► 2014 (20)

► 2013 (1)

**Datos personales**

Ver todo mi perfil

Tema Sencillo. Imágenes del tema: enot-poloskun. Con la tecnología de Blogger.