# Exhibit 2



# The PIE Leadership Digest
## 50 voices of 2023 North America edition

**People Behind The Policy**
Exclusive interview with
Fanta Aw

**The PIE 50 Voices of 2023**
We name the influential voices
you should be following

**The PIE Live North America**
The countdown to the
conference begins

Sponsored by





# You can count on us

**guard.me International Insurance** is among the world's largest health and travel insurance providers for international education, and we are proud to celebrate 25 years of committed service this year. Our insurance protections, funding programs, and mental health wellness and learning resources have benefitted thousands of students worldwide.

In response to our clients' needs, we have incorporated a variety of new features and enhancements into our extensive **guard.me** suite of policies. One notable improvement is the increased cancellation limit, which aims to better accommodate the requirements of students engaged in long-term study programs abroad. Additionally, we have introduced a convenient option for students to access free GP support assistance via phone call, eliminating the need for app downloads. By dialing the assistance line specified on their Certificate of Insurance, students can now benefit from 24/7 access to multilingual GP support services.



Nicoletta Pinto
Head of Business Development and Sales EU & UK

*At guard.me, we take immense pride in actively listening to our clients and prioritize their invaluable feedback. This commitment allows us to continuously meet and surpass the ever-evolving needs and expectations of our valued customers.*



✉ sales@guardme.eu

www.guardme.eu



" 

## BOSTON FEELS LIKE THE PERFECT PLACE TO BRING THE PIE LIVE COMMUNITY IN 2023

Amy Baker, CEO, The PIE

# UNDERSTANDING THE PEOPLE BEHIND THE POLICY

In the final edition of this special series of *The PIE Insider*, we are focusing on the international education ecosystem in the North American region.

As we prepare for the the return of our leadership conference to North America, with The PIE Live taking place in Boston on 13-14 November 2023, we thought it would be the perfect opportunity to take a look at some of the personalities within the sector.

The program for the conference is packed with CEOs, directors and entrepreneurs with so much to say, and thought leaders and innovators who are helping shape the future of international education in our rapidly changing world.

Like it or not, we live in a world that is obsessed with reality, authenticity and the people who shape the businesses, politics, entertainment and culture we choose to engage with.

These digests are designed to bring you a fresh perspective on intled leadership - focusing on the people behind the policy.

**Our headline interview is with Fanta Aw, CEO of NAFSA: Association of International Educators, followed by 50 voices we think you should be following in 2023.**

The PIE's own entrepreneurial success and journey is largely based on three female leaders who were brave enough to have a voice and use it to champion others in international education.

We hope you'll be inspired to find your own voice in 2023, because we can't wait to hear what you have to say.

**Nicholas Cuthbert
Director of Insight, The PIE**

# FANTA AW



Fanta Aw, CEO, NAFSA

## NAFSA: ASSOCIATION OF INTERNATIONAL EDUCATORS

**A combination of humility, vulnerability, and a recognition of shared humanity is what comes to mind when NAFSA CEO Dr. Fanta Aw considers leadership.**

"Leaders need the humility to know that we don't have all the answers, nor are we expected to have all the answers, but that we must be willing to be curious and work with others to seek answers. We need the humility to understand that we can't take for granted the privileges that we have and know that they not afforded to everyone."

Aw asserted that with those privileges comes a tremendous responsibility, which she thinks about often.

"Knowing the trials, tribulations, and struggles of so many around the world, I don't take for granted what I have been given personally, professionally, and in terms of my own educational journey. I think about that every single day and that's probably what drives me more than anything else."

Aw affirmed another critical trait of effective leadership is vulnerability. "We must allow ourselves to be vulnerable, because then we give permission to everyone else to be vulnerable." She encouraged exercising leadership "without hubris."

She said leaders are wise to remember they are human beings first and know they can make mistakes from which they can learn and grow. "In the process, we give ourselves permission to know that it is truly a journey and it's not a destination."

Aw highlighted that vulnerability can be particularly risky for women because they often are judged by standards set by men. However, she maintained that leading "with head and heart" is essential and requires that willingness to be vulnerable.

The third component in Aw's leadership trifecta is shared humanity. "We have far more in common than we have differences, and we need to be reminded of that particularly during the hardest of times."

She warned of the potential for further division and polarization in communities and globally; thus the critical nature of embracing a shared and common humanity. "I think it's extremely important and leaders have an obligation to remind themselves and others about the power of us; when we can look at the 'other' and we can see ourselves in the other."

Aw believes change often starts with one person recognizing that they can do something. "We are not powerless. So in whatever space we find ourselves; whatever authority we have; whatever influence we can exercise; I think we have an obligation to do that."

Further, she argued that there is an obligation to advocate for those who may not have had the same opportunities.

"There's a difference between power and influence and I gravitate toward influence," she stated.

"Think about movements. Think about those who've been change agents in this world. Often it is a single person who had a vision of possibilities and was relentless in the pursuit of those possibilities."

Aw said advocacy and change undoubtedly require courage. "But I think it's important for all of us to know that we have the potential to lead. Leadership is not positional. It is about having a belief in possibilities and being willing to put yourself out there."

Regarding advice she has for emerging leaders, Aw encourages them to "claim your space." She also suggested finding allies and seeking a sponsor. "To me, a sponsor is a kindred spirit who is willing to invest in the potential that is in you."

She proffered another responsibility of leadership is the obligation to uplift others. "I've often said that I've not achieved a single thing alone. I have achieved it in partnership with others. I've achieved because there was someone who was willing to take a chance; folks who believed in me and were willing to invest in me. So, I feel a real responsibility to do the same and to pay it forward every single day."



**LEADERS NEED THE HUMILITY TO KNOW THAT WE DON'T HAVE ALL THE ANSWERS**



She added, "When you've been given a seat at that table make sure you add additional chairs."

Aw said a central way NAFSA helps support emerging leaders is through knowledge sharing through peer-to-peer engagement. "Knowledge co-creation is incredibly important. What we do is provide a platform and the space to do that at every juncture of the leadership pipeline."

Another aspect of NAFSA's work is advocacy. "We must continue to strive for a vision of a better world. We absolutely see that as fundamental. Our public policy work is critically important because the work of international education happens within geopolitical borders. It happens with decisions that are made by governments, and we have an obligation and a responsibility to ensure that the public policy arena is one that is conducive to this work."

Aw concluded that the third element "is the power of bringing people together and the magic that happens when you can bring people together to imagine; to re-envision; to co-create; to problem solve; and more than anything else, to be reminded of our shared mission. The energy that comes from that allows us to be sustained when we go back to our respective campuses and to know that we are not alone. There's an entire community that is with you and is traveling this journey with you."

**OFTEN IT IS A SINGLE PERSON WHO HAD A VISION OF POSSIBILITIES AND WAS RELENTLESS IN THE PURSUIT OF THOSE POSSIBILITIES**

Fanta Aw was interviewed by Dr Maureen Manning, The PIE, October 2023

# 50 voices in **#Intled**

New to the industry? Here are 50 voices from the North American international education sector including leading names from the US, Canada and Mexico that we think you should be following. Experienced leaders, rising stars, disrupters and policy makers - we think these people offer a valuable commentary on our ecosystem.

The list has been designed to signpost you to key influencers but it is by no means definitive. How did we do? Who is on your list for 2023?



### Alan Goodman
## Institute of International Education

Based in New York, Alan Goodman is is the chief executive officer of the Institute of International Education where he has worked for over 25 years. He is a figurehead in the sector, serving as a member of the Council on Foreign Relations, the Education Above All Foundation, and the selection committees for the Rhodes and Schwarzman Scholars and the Yidan Prize. In addition to his PhD from Harvard University he is the recipient of honorary degrees from Canadian, European, Japanese, UK and US universities.

 **@IEEgoodman**      **www.linkedin.com/in/allan-goodman**

### Melissa Payne
## Canadian Bureau for International Education

Melissa works as the director for membership, research and learning at the Canadian Bureau for International Education in Ontario. The CBIE positions itself as the voice of the Canadian sector spanning more than 150 universities, colleges, language schools and school boards. The Canadian sector has experienced rapid growth in recent years and Melissa is a popular spokesperson at sector conferences and has appeared on the CANIE podcast and in *The PIE News*. Follow Melissa on LinkedIn and various CBIE news feeds across social media.



 **www.linkedin.com/in/paynemelissa**



### Fanta Aw
## NAFSA: Association of International Educators

Our headline interview is with Fanta Aw, the hugely popular CEO of NAFSA having been an active member since 1996. Fanta is relentless in her ability to lead and inspire the international education industry and has been featured across global media including *CNN*, *USA Today*, *Washington Post*, *Washington Business Journal* and *China Daily*. She actively participates as a member of the Global Advisory Board of Times Higher Education and has previously chaired the board of ETS TOEFL.

 www.linkedin.com/in/fanta-aw     @FantaAwNAFSA

### Philip Altbach
## Boston College

Philip Altbach is a professor and director of the Center for International Higher Education in the Lynch School of Education at Boston College. He is the author of a wide range of titles including *The Road to Academic Excellence: The Making of World-Class Research Universities* and *Turmoil and Transition: The International Imperative in Higher Education, Comparative Higher Education, Student Politics in America,* and other books. He also coedited the *International Handbook of Higher Education.*

 www.linkedin.com/in/philip-altbach     @PhilipAltbach



### Karin Fischer
## The Chronicle of Higher Education

Karin is an award-winning journalist writing for *The Chronicle* and specialising in international education. Many leaders in higher education follow Karin's commentary on Twitter and through her own newsletter *Latitudes*. She has also written for *The New York Times*, *Washington Monthly*, and *University World News*. Her work has been honoured by the Education Writers Association, the National Press Foundation, and the Poynter Institute. She is a research associate at UC Berkeley's Centre for Studies in Higher Education.



 @karinfischer     www.linkedin.com/in/karin-fischer

### Daniel Obst
## AFS Intercultural Programs

Daniel is the president and CEO at AFS Intercultural Programs, a membership of volunteers and exchange programs across the world. He is passionate about the Friendship Ambassadors Foundation (FAF) and The Youth Assembly. Daniel has coedited several publications, including *Developing Strategic International Partnerships* and *Innovation Through Education: Building the Knowledge Economy in the Middle East*. He will be speaking on the role of personal brand at The PIE Live North America.



 www.linkedin.com/in/daniel-obst     @dtobst



## Isaac Garcia Sitton, Toronto Metropolitan University

Isaac Garcia-Sitton is the executive director of International Student Enrolment, Education & Inclusion at Toronto Metropolitan University. He is a respected leader in higher education with over 20 years of experience in international relations and business development. He has previously been identified as one of the "10 Most Influential Hispanic Canadians" in 2018 and an RBC Top 25 Canadian Immigrant Award winner in 2020. He is a regular speaker on the conference circuit.

 @IGarciaSitton     www.linkedin.com/in/isaac-garcia-sitton

## América M. Lizárraga González, Universidad Autónoma de Sinaloa



América is a professor at the Universidad Autónoma de Sinaloa and former president of the Mexican Association for International Education (AMPEI). She is a key commentator on the internationalisation of Mexico's universities and has written for publications such as *Times Higher Education* on the subject. In addition to liaison activities with the various embassies in Mexico, her work with AMPEI includes connecting with global associations such as NAFSA, EAIE and CONAHEC.



## Eddie West, San Diego State University



Eddie will be speaking at The PIE Live North America in Boston on the topic of agent partnerships. In addition to his role as assistant dean of International Strategy and Programs at SDSU, he is a co-author of the Routledge publication *Student Recruitment Agents in International Higher Education: A Multi-Stakeholder Perspective on Challenges and Best Practices* and has been touring widely discussing the topics covered. As the US considers more private sector relationships, Eddie is a sector voice who can keep things in perspective.

 @eddiepwest     www.linkedin.com/in/eddiepwest

## Jill Blondin, Virginia Commonwealth University



Jill Blondin is the associate vice provost for global initiatives at VCU and director of VCU Globe, an award-winning program dedicated to developing cultural agility. Jill has served as a Fulbright specialist to Brazil, as a speaker with the US Department of State Study Abroad Engagement Grant Program and Fulbright Portugal and as an expert speaker with the US Embassy Guyana. Jill will be joining other members of the '50 voices' listed here at The PIE Live North America to discuss the positive influence leaders can have in the sector.

 @JillBlondin     www.linkedin.com/in/jill-blondin



## Cheryl Delk-Le Good
# English USA

Cheryl Delk-Le Good has been the executive director of EnglishUSA since 2015. She is a passionate supporter of intensive English programs and in promoting the US as the premier destination for English language study. A former ESL lecturer and director of university intensive English programs, Cheryl also served in multiple leadership positions before her current role, not only within EnglishUSA, but also with NAFSA, UCIEP, and ELPA.

 www.linkedin.com/in/cheryldelk-legood

## David Comp
## Columbia College Chicago



David Comp is the assistant provost for global education at Columbia College Chicago. He is on the advisory board of the Journal of Studies in International Education (JSIE), the editorial team for the *Journal of International Students*, and has co-authored several book chapters, journal articles and reports on international education topics. He publishes the *International Higher Education Consulting Blog*, one of six blogs worldwide selected by the *New York Times* to feed into the International Education section of their newsfeed.

 www.linkedin.com/in/davidcomp



## Jewell Green Winn
# Tennessee State University

After serving for over forty years in the education sector, Jewell Winn has a unique passion for underrepresented groups, advocating for women and youth causes. A past president of AIEA, she serves on the American Education Women's Network Advisory Council, the Association of Public Land Grant Universities Commission on International Initiatives, and the Tennessee Diversity Consortium. She is also a member of Diversity Abroad and the Forum on Education Abroad.

 www.linkedin.com/in/jewell-green-winn-ed

## Benjamin Waxman
# Intead



Ben is a regular speaker on the circuit including AIEA, EAIE, AIRC, NAFSA, NACAC, ICEF and The Forum on International Education. Having founded higher education marketing agency Tessellati he went on to co-found Intead in 2009 where he specialises in strategic evaluation, market and competitor analysis. Ben will be speaking at The PIE Live North America in Boston and you can follow Intead insights on Facebook, LinkedIn and X.

 www.linkedin.com/in/benjaminwaxman



## Joe Morrison, Concourse | EAB

Joe Morrison was appointed as the managing director of Concourse, a digital college application platform, after the company's acquisition by EAB in 2022. The platform is growing fast and Joe is a busy man, announcing new strategic partnerships and conducting press interviews with outlets like the *Washington Monthly*. Previously the managing director for Grok Global Services based out of Beijing China, Joe is an experienced commentator in the industry on operational pressures such as in-country operations and admissions services.

 **www.linkedin.com/in/jmorrison**



## Alejandra Otero, geNEOus

Alejandra is the CEO and founder of higher education marketing agency geNEOus. Splitting her time between the US and Spain, she is a current associate of the marketing and recruitment steering group of the EAIE (European Association for International Education). She is passionate about innovative communications that meet the expectations of Generations Z and Alpha in an ever increasingly digital world. Follow her for the latest insights on the metaverse, co-creation and generative AI.

 **www.linkedin.com/in/alejandra-otero**



## George T. Sipos, Gannon University

Publisher Routledge describes George Sipos as a Romanian American scholar of Japan and higher education, writer and literary translator. His research focuses on Japan and Europe's modernity, resistance against state authoritarianism through literature and arts, as well as the treatment of minorities in modern democracies. He is one of the co-editors of *Tenko: Cultures of Conversion in Transwar Japan*. He is the global director of global enrollment and engagement at Gannon University and associate professor at the West University of Timisoara, Romania.

 **@george_sipos**    **www.linkedin.com/in/georgesipos**



## Keshia Abraham, Consultant

Keshia Abraham is an award-winning author and international JEDI (justice, equity, diversity, and inclusion) and director of her own consultancy. As a former director of inclusion and diversity at CIEE Study Abroad she was the recipient of the 2022 Wollitzer Advocacy Award. An elected council member at the Forum on Education Abroad, Fulbright scholar and Mellon fellow, she is passionate about the transformative power of international education particularly on African diaspora communities.

 **www.linkedin.com/in/keshia-abraham**    **@soulwisdomint**



## Darla K. Deardorff
### AIEA - Association of International Education Administrators

Darla is the executive director of the Association of International Education Administrators (AIEA) and EAIE trainer. She has won multiple awards and is the UNESCO chair of intercultural competences. Her publishing credits include eleven books with publishers Sage, Routledge and Stylus, along with over 60 articles and book chapters. Darla founded ICC Global, a global research network on intercultural competence, as well as the World Council on Intercultural and Global Competence.

🐦 @d_deardorff   in www.linkedin.com/in/darla-k-deardorff

## David Di Maria
### University of Maryland



David Di Maria is the associate vice provost for international education at the University of Maryland, Baltimore County. He is the editor of three NAFSA books including *Managing a Successful International Admissions Office: NAFSA's Guide to International Admissions* and *Senior International Officers: Essential Roles and Responsibilities* and *Achieving More with Less: Lean Management in the International Student Office*. He is a key voice in academic news outlets like *The Commentator*.

in www.linkedin.com/in/ravilochansingh/   🐦 @ravilochansingh



## Rajika Bhandari
### Advisor

Rajika Bhandari is a modern day influencer in international education. She is a successful author, keynote speaker and host of the *World Wise Podcast*. She is a special advisor for the Presidents' Alliance on Higher Education and Immigration and runs her own consultancy specialising on US and India opportunities. Rajika is also the co-founder of the South Asia International Education Network bringing together educators with an interest in the region.

in www.linkedin.com/in/rajikabhandari   🐦 @rajikabhandari

## Marcus DeWitt
### Blue Ivy Coaching



Blue Ivy Coaching is a two-time winner of The PIEoneer Awards for its student counselling services. Originally based in Mexico the company has just expanded operations to Miami, Florida in a move to support the large hispanic population access greater higher education support. Marcus DeWitt is the charismatic founder and CEO, forging new partnerships and greater unity between institutions in the US and opportunities in Latin and Central America.

in www.linkedin.com/in/marcus-dewitt



## Karina Baum, Buckingham Browne & Nichols School

Karina Baum is the director of global education for Buckingham Browne and Nichols School in Cambridge Massachusetts. Representing the very best of the independent K12 schools sector, Karina is a board member on the Global Education Benchmark Group. The region is home to the world famous Ivy League institutions in Harvard University and MIT and as such Karina manages a wide range of international partnership and admissions activities.

 www.linkedin.com/in/dr-karina-j-baum



## Matt Durnin, Nous Group

Formerly head of global insights and consultancy at The British Council in Beijing, Matt Durnin is now a senior leader at Nous Group, a management consultancy firm focused on international education. Based in Toronto, Matt has previously been a speaker at The PIE Live North America on the subject of 'Navigating the growing role of commercial services in international student recruitment' along with clients Oxford International Education Group. Follow Matt on LinkedIn for global trends in recruitment and applicant behaviour.

www.linkedin.com/in/matt-durnin



## Kate Jennings, Consultant

Kate Jennings is the founder and principal of her own leadership and training consultancy. She is also an instructor in the international education practitioner program offered by the Canadian Bureau for International Education. By her own admission she has grown from a shy entrant into the industry to a key leadership voice having worked across five leading institutions across Canada and several voluntary positions in associations like NAFSA.

 www.linkedin.com/in/khjennings



## Rahul Choudaha, Morning Consult

Rahul is a renowned expert in higher education and his writing has been featured in *Forbes*, *Huffington Post*, *South China Morning Post*, *Asia Times*, *The Global Times*, *Times Higher Education* and *University World News*. He has taught at George Mason University and been a visiting scholar at the University of California, Berkeley. He is the managing director of Morning Consult, an agency specialising in market research, data intelligence, and strategic insights for communications, enrollment, and advancement leaders at universities, colleges, and non-profits.

 @RahulChoudaha      www.linkedin.com/in/rahulchoudaha



## Kalpen Trivedi
# University of Massachusetts Amherst

Kalpen Trivedi has been recognized as an AIEA Presidential Fellow and is a member of AIEA's Professional Development and Engagement Committee. He is also chair-elect for NAFSA's International Education Leadership Knowledge Community and has served on the IEL KC Symposium and Training Lead and NAFSA Trainer Corps. He is also a member of the Standards and Governance Subcommittee of the US Department of State's Overseas Security Advisory Council.

 **@TrivediKaplen**     **www.linkedin.com/in/kalpen-trivedi**

## Vinitha Gengetharan
# York University



Vinitha Gengetharan is the assistant vice president for global engagement and partnerships at York University in Canada. She is a board member for the Canadian Bureau for International Education and former professional development committee member for AIEA. She speaks frequently on LinkedIn about the challenges the sector faces in this period of disruption in society including how universities remain relevant and sustainably financed in Canada.

 **www.linkedin.com/in/vinithag**



## Jean-Marc Alberola
# Bridge Education Group

Jean-Marc Alberola is the founder and president of Bridge Education Group specialising in language training and international student recruitment. He is considered a specialist in Latin America markets having set up Linguatec Language Centres across Brazil, Chile and Argentina. You will find Jean-Marc as a regular speaker and thought leader for the ELT sector on the events circuit, including sessions at AIEA, NAFSA, AIRC, IALC and ICEF.

 **www.linkedin.com/in/jalberola/**

## Esther Benjamin
# World Education Services



WES is a market-leading social enterprise that evaluates international education qualifications as part of a streamlined and efficient admissions process for institutions and companies. As CEO, Esther Benjamin has travelled the world, discussing global student recruitment trends and liaising with those who seek recognition for their qualifications on the global stage. Follow her adventures on LinkedIn and reach out to her to find out more about tri-sector opportunities.

 **www.linkedin.com/in/estherbenjamin**     **@EstherTBenjamin**



## Vern Granger, University of Connecticut

Vern Granger is the director of undergraduate admissions at the University of Connecticut and chair-elect of the National Association for College Admission Counseling. He has participated in many higher education industry podcasts providing behind-the-scenes insights and tips about the the college admissions process, including episodes on *MediaCross Digital, Your College Bound Kid* and *Inside Admissions.* He has fascinating insights from improving the cultural mix in admissions to UConn's test-optional pilot scheme.

 **www.linkedin.com/in/vern-granger**



## Barbara Arrayales Mata, Studyportals

Marketing specialist Barbara Arrayales Mata started her journey with Studyportals as a campaign success manager in 2018. She is now the team leader for North American partnerships based in Monterrey, Nuevo León in Mexico. Studportals continues to be one of the largest course search platforms worldwide where students can independently research course choices in different countries. Meet her at the annual NAFSA conferences where she can educate you on the latest data-driven strategies used in recruitment and portfolio development.

**www.linkedin.com/in/barbara-arrayales-mata**



## Jeff Maggioncalda, Coursera

Stanford University graduate Jeff Maggioncalda is considered to be one of the most influential leaders in the edtech sector. He is at the forefront of the digital revolution taking place in higher education with Coursera now boasting over 117 million users on its platform. Since the company went public in 2021, Jeff has become the spokesperson for online curriculum and changing attitudes to the value and relevance of a traditional college degree. You'll catch him as a keynote speaker at big ticket conferences and in publications like *Forbes.*

 **@coursera**      **www.linkedin.com/in/jeff-maggioncalda**



## Julie Baer, Institute of International Education

Julie Baer is a research specialist for IIE. She leads the Open Doors report on international educational exchange which provides a comprehensive resource on international students and scholars in the United States and American students studying abroad for academic credit. As a member of both AIEA and NAFSA she has served widely on industry panels and authored chapters for several publications including *International Students and Study Abroad at Historically Black Colleges and Universities.*

 **@jnbaer**     **www.linkedin.com/in/julie-baer**



### Miriam Feldblum
## Presidents' Alliance on Higher Education and Immigration

Miriam Feldblum is co-founder and executive director of the Presidents' Alliance on Higher Education and Immigration, an alliance of American college and university leaders dedicated to increasing public understanding of how immigration policies and practices impact students, campuses and communities. She is also a non-resident fellow at the Migration Policy Institute and she specialises in supporting students who are classed as unauthorized immigrants.

 **www.linkedin.com/in/miriam-feldblum**

### Earl Blaney
## Study2Stay | The Canada Network

Earl Blaney has been supporting students from the Philippines to study in Canada for more than a decade. In recent years however, he has become a revolutionary voice in challenging Canada's student immigration system and the role of private colleges and agent aggregators. He has been asking the difficult questions about unethical practices and gathering data through the Freedom of Information Act. He was the lead researcher for investigative CBC *Fifth Estate* documentary entitled *Sold a lie.*

 **www.linkedin.com/in/earl-blaney**       **@earlblaney3**



### Alyssa Nota
## University Studies Abroad Consortium

Alyssa Nota is the president for the nonprofit organisation, University Studies Abroad Consortium. She is currently involved in Fund for Education Abroad, Diversity Abroad, The Forum for Education Abroad, NAFSA, Association for International Education Administrators, and American Council on the Teaching of Foreign Languages. She is passionate about the transformative power of travel through USAC programs and documents students experiences across social media.



 **www.linkedin.com/in/alyssa-nota-ph-d**

### Sherif Barsoum
## New York University

New York University is home to the highest number of international students in the United States and Sherif Barsoum is the associate vice-president of global services. He was the former vice president for public policy and practice at NAFSA and has served on boards of NAFSA, CEA and AIEA. A popular speaker at industry events, he is passionate about the professional development of staff in the sector and study abroad opportunities for students.

 **@Barsoums**       **www.linkedin.com/in/sherif-barsoum**





## Margit Schatzman, Educational Credential Evaluators

Representing Educational Credential Evaluators, Margit Schatzman makes it on to our list for 2023. The former TAICEP president, co-chair of the NAFSA Bologna process task force and Groningen Declaration Network board member is an influential leader and speaker in the international education sector. Digital credentials are a hot topic right now as education systems around the world adapt to increased online learning and testing post pandemic.

 www.linkedin.com/in/margit-schatzman



## Janaka Ruwanpura, University of Calgary

Janaka Yasantha Ruwanpura was a recipient of the Top 25 Canadian Immigrant Award in 2022 and was recognised with a lifetime achievement award from the Sri Lanka Foundation in Los Angeles. He is the vice-provost and associate vice-president research (International) at the University of Calgary and his leadership has been credited with the university winning multiple international awards including the Platinum Institutional Award for global learning, research and engagement from APLU and the Innovation Award in Internationalization from AIEA.

 @Janakayr     www.linkedin.com/in/janaka-ruwanpura



## Sonja Knutson, Memorial University of Newfoundland

As a former chair of the international education leadership knowledge community at NAFSA, Sonja Knutson is an active researcher, writer and presenter in the field of International Higher Education. In her current role as director at Memorial University of Newfoundland Sonja is fully focused on delivering the university's international education strategy in enrollment management, academic development, community engagement and external relations from the local to the international level. She is aways happy to engage with potential collaborators.

 www.linkedin.com/in/sonjaknutsonphdmun



## Jamie Beaton, Crimson Education

Award-winning serial entrepreneur Jamie Beaton co-founded global college counselling service Crimson Education at the age of seventeen. Originally from New Zealand, he collected qualifications from the world's most prestigious institutions including Harvard, Yale, Stanford, Oxford and the University of Aukland. He is the author of *USA Today* National Bestseller *ACCEPTED! Secrets to Gaining Admission to the World's Best Universities.* He lives in New York City and is president of Black Diamond Capital Investors and is part of the election campaign panel for the New Zealand National Party.

 @JamieBeaton_nz    www.linkedin.com/in/jamiebeaton/



## Martin Basiri
## Passage

Martin Basiri is one of the co-founding brothers of ApplyBoard, where he served as CEO until 2022, before passing the mantle over to his brother Meti. He is credited with securing much of the $500 million investment in ApplyBoard and has now turned his skills and attention to founding new fintech platform Passage, a service that will offer loans, grants and scholarships to international students seeking to study in Canada. We expect big announcements on this front - so watch this space!

 **www.linkedin.com/in/martinbasiri**    **@MartinBasiri**

## Virginia Macchiavello
## Centennial College

Virginia Macchiavello is the associate vice president for development and transnational strategies at Centennial College in Canada. Virginia sits on the Canadian Strategic Advisory Board for IDP Education. She manages many of  Centennial's wide range of strategic public and private partnerships that enhance student experience, employability and access. Follow her on LinkedIn for insights into the many innovations taking place on campus this year.

 **www.linkedin.com/in/virginia-macchiavello**





## Christopher Powers
## Towson University

Christopher Powers is the assistant VP for international initiatives at Towson University in Maryland. As a senior executive with expertise in international education, language programming, and association, higher education, and not-for-profit management, Christopher has more than twenty-five years' experience leading global, national, and local initiatives. He previously served as VP for exchange programs at AMIDEAST, and also spent three years as executive director and CEO of the TESOL International Association.    **www.linkedin.com/in/christopher-powers**

## Nele Feldmann
## Community Sponsorship Hub

In the midst of a global refugee crisis, Nele Feldmann is passionate about access to higher education opportunities for refugees. The Welcome Corps program she manages was launched by the Department of State in January 2023 and is a private sponsorship program to benefit refugees admitted under the United States Refugee Admissions Program. Follow Nele as she documents the roll out of The Welcome Corps on campuses across North America and the incredible impact it is making on the lives of displaced students across the world.



 **www.linkedin.com/in/nelefeldmann**



## William Gertz, AIFS

During a career spanning more than 40 years in international education, Bill Gertz has published numerous articles for educational publications including the IIE *Networker Magazine* and *Youth Travel International* and authored the book *A Parent's Guide to Study Abroad*. He is the recipient of the IEE Centennial Medal, which honors the leadership and achievements of individuals who have made outstanding contributions to international education. He is the current chairman for AIFS serving for 18 years as president and CEO.

 www.linkedin.com/in/william-gertz



## Cath D'Amico, Trent University

Cath D'Amico is the director international at Trent University in Ontario Canada. Earlier in 2023 she was appointed to the Academic Advisory Panel for LanguageCert and also serves as president of the board of directors for Languages Canada. She is a passionate advocate of her team's internationalisation work around the world and documents their many achievements on LinkedIn. Languages Canada has been implementing the MOVA initiative, helping Ukrainians journey to safety in Canada and access to free English or French language courses.

 @CathDAmico      www.linkedin.com/in/cath-d



## Alan Preece, Consultant

Alan Preece's inclusion in this list is largely based on the fact he will hate being included! Based in San Diego, he is an international education expert with strong, independent views on the ethics of international student recruitment, pathway provider operations and university rankings. He is like the restaurant critic you fear and he is not afraid to speak his mind. Follow his views on his blog *A view from a bridge* and his articles in *World University News.* He engages in industry discussion on social media and calls out hypocrisy when he see it.

 @preece_alan      www.linkedin.com/in/alan-preece



## Cheryl Matherly, Lehigh University

Cheryl Matherly is the vice president and vice provost for international affairs at Lehigh University. She has over 25 years of experience working in international affairs and is the immediate past president of the Association for International Education Administrators and was named Senior International Officer of the Year in 2020 by IIE. She was an inaugural member of the American Academy of International Education and is still heavily involved in US trade missions and TNE activity worldwide.

www.linkedin.com/in/cheryl-matherly

**The PIE 50 Voices of 2023 (North American edition)**

This list has been designed to signpost readers to further information.
It represents a cross section of the sector domiciled or operating primarily in the North American region in no particular order.

All information has been gathered from publicly available sources such as social media, websites and media reporting including The PIE News archives. The PIE does not take any responsibility for incorrect or out-of-date information taken from public sources.
The listings have not been written or approved by the named people. If you have any comments or amends please contact editorial@thepienews.com

Sponsored by



