# Exhibit 3

# Instagram

Log In    Sign Up



**blueivycoaching** ✓ • **Follow**
Chappell Roan • HOT TO GO!

**blueivycoaching** ✓  64w
🤴 HOUSTON & MIAMI🏝️ Get ready for us! We're here, and ready to start the journey to university & grad school with you!🎓🔝

Follow us @blueivycoaching on all platforms to get constant updates on where we'll be, the events we're organizing (like our virtual College Fair on September 7 😉 ) and how to contact us if you're interested in our programs: for essay & personal statement revision, SAT/ACT prep, vocational orientation, and more.

DM if you're in Texas or Florida to contact Angel & Olivia directly.

**39 likes**
August 16, 2024

Log in to like or comment.

More posts from blueivycoaching



# Instagram

Log In    Sign Up