# Exhibit 4


Domains | Websites | Email Hosting | Marketing | Commerce

# Search the WHOIS Database

| blueivycoaching.com | Search |

## WHOIS search results

### Domain Information

| | |
|---|---|
| Name | BLUEIVYCOACHING.COM |
| Registry Domain ID | 2534125701_DOMAIN_COM-VRSN |
| Registered On | 2020-06-05T03:23:47Z |
| Expires On | 2026-06-05T03:23:47Z |
| Updated On | 2025-06-06T15:12:11Z |
| Domain Status | client transfer prohibited |
| | client update prohibited |
| Name Servers | NS1.DNS-PARKING.COM |
| | NS2.DNS-PARKING.COM |

### Registrant Contact

| | |
|---|---|
| Name | Contact Privacy Inc. Customer 0158210056 |
| Organization | Contact Privacy Inc. Customer 0158210056 |

 Contact Us

| | |
|---|---|
| Phone | tel:+1.4165385457 |
| Fax | – |
| Email | blueivycoaching.com@contactprivacy.com |
| Mailing Address | 96 Mowat Ave, Toronto, ON, M6K 3M1 |

## Registrar Information

| | |
|---|---|
| Name | TUCOWS DOMAINS, INC. |
| IANA ID | 69 |
| Abuse Contact Email | domainabuse@tucows.com |
| Abuse Contact Phone | tel:+1.4165350123 |

## DNSSEC Information

| | |
|---|---|
| Delegation Signed | Unsigned |

**Notice and Remarks**

**Terms of Service**
Service subject to Terms of Use.
https://www.verisign.com/domain-names/registration-data-access-protocol/terms-service/index.xhtml

**Status Codes**
For more information on domain status codes, please visit https://icann.org/epp
https://icann.org/epp

**RDDS Inaccuracy Complaint Form**




Explore more than 1 trillion web pages saved over time

www.blueivycoaching.com

Calendar · Collections · Changes · Summary · Site Map · URLs

Saved **50 times** between November 27, 2021 and August 4, 2025.



|  | JAN |  |  |  |  | FEB |  |  |  |  | MAR |  |  |  |  | APR |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  | 1 | 2 |  |  | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 | 4 | 5 | 6 | 1 | 2 | 3 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 11 | 12 | 13 | 14 | 15 | 16 | 17 |