# Exhibit 5

**Scoolidge, Peters, Russotti & Fox, LLP**

**Peter Scoolidge**
2 Park Avenue – 20th Floor
New York, NY 10016
(212) 729-7708
peter@sprfllp.com

October 22, 2025

<u>**VIA EMAIL**</u>

Marcus DeWitt
Alejandro Garcia
Co-Founders
Blue Ivy Coaching
121 Alhambra Plaza, Suite 1000,
Coral Gables, Florida 33134

<u>Re: Use of Confusingly Similar Mark to "Ivy Coach"</u>
<u>**CEASE AND DESIST**</u>

Dear Messrs. DeWitt and Garcia:

      We represent **Ivy Coach, Inc.** ("Ivy Coach"), the owner of the federally registered trademark **"Ivy Coach"** (the "Mark"), which is used in connection with college admissions counseling, standardized test preparation, essay support, and advising for university, boarding school, and Ivy League admissions. The Mark has developed strong recognition among consumers nationwide.

      It has come to our attention that your company is using the mark **"Blue Ivy Coaching"** in connection with similar educational counseling and admissions services. We are concerned that your mark is confusingly similar in both meaning and commercial impression to the Mark since both use the terms "Ivy" and "Coach[ing]" as a common and dominant element. This similarity, combined with the overlap in services and target markets, creates an evident likelihood of consumer confusion as to affiliation, connection, or association. This conduct constitutes trademark infringement under the Lanham Act (15 U.S.C. § 1114(1)(a) and § 1125(a)(1)(A)). Your conduct may also be actionable under New York common law and the law of other states for unfair competition.

      We therefore demand that you: (i) immediately cease all use of the mark "Blue Ivy Coaching" and any other mark that is confusingly similar to the Mark; and (ii) confirm in writing within seven (7) days of receipt of this letter that you have complied with this demand. Ivy Coach further demands that you cease and desist from advertising on direct searches for "Ivy Coach" and "Ivy Coaching" as well as search terms that include its trademarked names.

      Ivy Coach reserves the right to take any further action it deems appropriate to protect its rights, including pursuing any and all available remedies. This letter is not intended as a full recitation of the facts or a complete review of applicable law. Nothing contained in or omitted



from this letter will be deemed to be a limitation, restriction, or waiver of any of Ivy Coach's rights or remedies, either at law or in equity, in connection with any of the matters raised in this letter, all of which are expressly reserved. You are hereby on notice that this dispute may result in litigation, and you are accordingly required to preserve any and all documents or records (including any electronic messages in any format) relevant to your selection of the mark in question, your awareness of Ivy Coach's mark, and any communications with third parties wherein the third party referred to Ivy Coach or otherwise exhibited confusion about the brand.

    Sincerely,

    By: _____
    Peter Scoolidge