**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVY COACH INC.,<br><br>*Plaintiff,*<br><br>v.<br><br>BLUE IVY COACHING<br><br>*Defendant.* | Case No. 1:26-cv-00210-MMG |

**DEFENDANT BLUE IVY COACHING'S**
**NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that, upon the pleadings and the annexed Memorandum of Law, and all prior pleadings and proceedings herein, Defendant Blue Ivy Coaching ("**Defendant**" or "**Blue Ivy**"), through its attorneys, hereby moves this Court, before the Hon. Margaret M. Garnett, United States District Judge, at the United States Courthouse for the Southern District of New York, 40 Foley Square, New York, New York, at a date and time to be determined by this Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(6), dismissing all claims against Blue Ivy with prejudice in their entirety, and awarding such other relief as the Court may deem just and proper.

As further explained in Blue Ivy's Memorandum of Law, Plaintiff Ivy Coach Inc.'s ("**Plaintiff**" or "**Ivy Coach**") First Amended Complaint (Dkt. 13) must be dismissed for failing to plead a claim for which relief can be granted. The allegations in Ivy Coach's First Amended Complaint are no more than conclusory statements lacking factual support; the First Amended Complaint fails to bring plausible causes of action for trademark infringement, false designation of origin, and violation of the Anticybersquatting Consumer Protection Act (ACPA) under 15 U.S.C. §§ 1114(1), 1125(a), and (d) of the Lanham Act.

Dated: March 10, 2026

Respectfully submitted,

**POLSINELLI PC**

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein
POLSINELLI PC
315 Biscayne Boulevard, Suite 400
Miami, FL 33131
(305) 921-1800
mbernstein@polsinelli.com

Dominique E. Smith
(*Pro Hac Vice Forthcoming*)
POLSINELLI LLP
2049 Century Park East, Suite 2900
Los Angeles, CA 90067
(310) 556-1801
dominique.smith@polsinelli.com

*Counsel for Defendant Blue Ivy Coaching*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of March, 2026, I caused copies of the Notice of Motion to Dismiss, Memorandum of Law in Support of Motion to Dismiss, and [Proposed Order] Granting Motion to be served to all counsel of record via ECF.

Dated: March 10, 2026

**POLSINELLI PC**

*/s/ Michelle G. Bernstein*
Michelle G. Bernstein

*Counsel for Defendant Blue Ivy Coaching*



109498186.1

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVY COACH INC.,<br><br>*Plaintiff*,<br><br>v.<br><br>BLUE IVY COACHING<br><br>*Defendant*. | Case No. 1:26-cv-00210-MMG |

**[PROPOSED ORDER] GRANTING DEFENDANT**
**BLUE IVY COACHING'S**
**MOTION TO DISMISS**

UPON the First Amended Complaint of Ivy Coach Inc. ("Plaintiff") against Blue Ivy Coaching ("Defendant"); and upon the Motion to Dismiss and supporting Memorandum of Law filed by the Defendant; and after due deliberation and upon the entire record before the Court; it is ORDERED, that the Motion to Dismiss is GRANTED, and the Plaintiff's First Amended Complaint is hereby DISMISSED in its entirety WITH PREJUDICE.

IT IS SO ORDERED.

Dated: ____________________

______________________________________
Hon. Margaret M. Garnett
United States District Court Judge