USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 08/18/2026

**UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IVY COACH INC.,<br><br>Plaintiff,<br><br>v.<br><br>BLUE IVY COACHING,<br><br>Defendant. | Case No. 1:26-cv-00210-MMG<br><br>**STIPULATION AND ORDER** |

Plaintiff IVY COACH INC. ("**Plaintiff**" or "**Ivy Coach**") and Defendant BLUE IVY COACHING ("**Defendant**") hereby agree and stipulate to the following Order pursuant to Section 1 of the Release and Settlement Agreement attached hereto as **Exhibit A**:

1. After six months from the date of this Order, any online reviews and other third-party content identifying the business as "Blue Ivy Coaching" or "Blue Ivy Coach" (the "**Content**") shall be removed to mitigate alleged confusion in the market;

2. Defendant shall not be responsible for any third party's refusal or failure to remove the Content;

3. The Court maintains exclusive jurisdiction to enforce this Order. The Parties acknowledge that the prevailing party in any motion or proceeding for resolving the disputes arising under this Order shall be awarded its reasonable attorneys' fees and costs. Defendant consents to this Court's personal jurisdiction for any such motion or proceeding.

4. This Stipulation and Order may be executed in multiple counterparts of the parties herein and each of which shall be deemed to be an original. The executed signature page(s) from each copy of a counterpart may be attached together and will constitute one and the same Stipulation and Order.

/s/ Yi-Hsin Wu
Peter Scoolidge
Yi-Hsin Wu
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue 20th Fl.
New York, New York 10016

*Attorneys for Plaintiff Ivy Coach Inc.*

Dated: August 17 , 2026

*/s/ Michelle G. Bernstein*
Michelle Bernstein
Polsinelli
315 S. Biscayne Blvd.
Suite 400
Miami, FL 33131

Dominique Smith (*Pro Hac Vice)*
Polsinelli PC
Century Plaza Towers, 2049 Century
Park E # 2900
Los Angeles, CA 90067

*Attorneys for Defendant Blue Ivy Coaching*

Dated: August 17 , 2026

Dated: August ____, 2026
New York, New York

SO ORDERED. Dated August 18, 2026.

HON. MARGARET M. GARNETT
UNTED STATES DISTRICT JUDGE

SO ORDERED.

MARGARET M. GARNETT
United States District Judge